IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALI MUHILDDINE and BASSEMA MUHILDDINE, | ) ) ) | 2:06-cv-2814-GEB-GGH |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| MERCK & COMPANY, INC., et al., | ) ) | |
| Defendants. | ) ) | |

      Since it appears likely that this action will be transferred to In re VIOXX Products Liability Litigation, Multidistrict Litigation Proceeding No. 1657 in the Eastern District of Louisiana ("MDL-1657"), in the interest of judicial economy, the pending motions are deemed withdrawn and all hearings on the motions vacated, with the understanding that the motions could be re-noticed for hearing in this Court if the action is not transferred to MDL-1657, or could be noticed in front of the judge assigned to MDL-1657 after the action is transferred.

      Upon entry of this Order, further proceedings in this action are stayed pending a decision on whether this action will be transferred to MDL-1657, except that Defendant Merck & Company, Inc.

1

1  ("Defendant") shall file a status report no later than March 26, 2007,
2  in which it explains the status of its effort to transfer this action
3  to MDL-1657.
4         IT IS SO ORDERED.
5  Dated: January 26, 2007

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge